# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JESSICA HERNANDEZ-MONTES (1),<br>JOLETTE VILLEGAS-MARTINEZ (2),<br>CRYSTAL CHRISTINA CARDENAS (3),<br><br>  Defendant. | Case No. 20CR01286-GPC<br><br>**JUDGMENT AND ORDER OF DISMISSAL** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above-captioned case be dismissed without prejudice as to defendants Jessica Hernandez-Montes, Jolette Villegas-Martinez, and Crystal Christina Cardenas.

**IT IS SO ORDERED.**

Dated: July 14, 2020

Hon. Gonzalo P. Curiel
United States District Judge